```
                          United States Bankruptcy Court
                              District of South Dakota
In re:                                                      Case No. 11-50105
Sterling Dale Holmes                                        Chapter 7
Erin Leigh Holmes
         Debtors                    CERTIFICATE OF NOTICE

District/off: 0869-5        User: bdool            Page 1 of 1         Date Rcvd: Mar 16, 2011
                            Form ID: b9a           Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2011.
db/db        +Sterling Dale Holmes,    Erin Leigh Holmes,    235 Vine Street,   Ellsworth AFB, SD 57706-7703
aty          +John H. Mairose,    2640 Jackson Blvd. #3,    Rapid City, SD 57702-3400
tr           +John S. Lovald,    Trustee,    PO Box 421,   Deadwood, SD 57732-0421
1048609       ACS,   P.O. Box 7051,   Utica, NY 13504-7051
1048611      +BHFCU,   P.O. Box 1420,    Rapid City, SD 57709-1420
1048610       Bangs McCullen Law Firm,    P.O. Box 2670,   Rapid City, SD 57709-2670
1048613       Capital One,    PO Box 30273,   Salt Lake City, UT 84130-0273
1048615       Direct Loan Servicing Center,    Borrower Services Dept.,    P.O. Box 5609,
                Greenville, TX 75403-5609
1048616       Heide & John Dauria,    9224 Forest Cove Circle,    Midwest City, OK 73130-3400
1048619       USAA Credit Card Payments,    Box 65020,   San Antonio, TX 78265-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           E-mail/Text: ustpregion12.sx.ecf@usdoj.gov Mar 16 2011 20:48:48     Bruce J. Gering,
                314 South Main Avenue, Suite 303,    Sioux Falls, SD  57104-6462
1048614       EDI: CHASE.COM Mar 16 2011 20:28:00      Cardmember Service,   PO Box 94014,
                Palatine, IL 60094-4014
1048617       EDI: TFSR.COM Mar 16 2011 20:28:00      Toyota Financial Services,   P.O. Box 8026,
                Cedar Rapids, IA 52409-8026
1048618       EDI: TFSR.COM Mar 16 2011 20:28:00      Toyota Motor Credit Corp.,   P.O. Box 105386,
                Atlanta, GA 30348-5386
1048620      +EDI: WFFC.COM Mar 16 2011 20:28:00      Wells Fargo Home Mortgage,   P.O. Box 10335,
                Des Moines, IA 50306-0335
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1048612       Capital Management Services, LP,    726 Exchange St., Ste. 700,   Buffalo,
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 18, 2011**          **Signature:** _Joseph Speetjens_

Form B9A (Chapter 7 Individual or Joint Debtor No Asset Case) Case Number **11−50105**

# UNITED STATES BANKRUPTCY COURT
### District of South Dakota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/16/11 .

You may be a creditor of the debtor(s). **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

| **Debtor(s):**<br>Sterling Dale Holmes<br> 235 Vine Street<br>Ellsworth AFB, SD 57706 | Erin Leigh Holmes<br> 235 Vine Street<br>Ellsworth AFB, SD 57706 |
|---|---|
| **Case Number:**<br>11−50105 | **Social Security/Taxpayer ID Numbers:**<br>xxx−xx−5312<br>xxx−xx−7996 |
| **Attorney for Debtor(s):**<br>John H. Mairose<br>2640 Jackson Blvd. #3<br>Rapid City, SD 57702<br>Telephone number: (605) 348−7836 | **Bankruptcy Trustee:**<br>John S. Lovald<br>Trustee<br>PO Box 421<br>Deadwood, SD 57732<br>Telephone number: 605−720−7960 |

### Meeting of Creditors:

Date: **April 18, 2011**       Time: **02:00 PM**       Location: **515 9th Street, Rm B16, Federal Building and US Courthouse, Rapid City, SD 57702**

### Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Discharge of Debtor(s) *or* to Challenge Dischargeability of Certain Debts: 6/17/11**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor(s) and the property of the debtor(s). Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult an attorney to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>225 S. Pierre St., Room 203<br>Pierre, SD 57501−2463<br>Telephone number: 605−945−4460<br>www.sdb.uscourts.gov | **For the Court:**<br>Frederick M. Entwistle<br>Clerk of the Bankruptcy Court |
|---|---|
| Hours Open:    Monday – Friday 8:00 AM – 5:00 PM | Date: 3/16/11 |

### SEE OTHER SIDE FOR IMPORTANT EXPLANATIONS.

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362.  Common examples of prohibited actions include contacting the debtor(s) by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor(s); repossessing property of the debtor(s); starting or continuing lawsuits or foreclosures; and garnishing or deducting from wages of the debtor(s).  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code.  The debtor(s) may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors.  *You therefore should not file a proof of claim at this time.*  If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for doing so.  If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor(s) is (are) seeking a discharge of most debts, which may include your debt.  A discharge means that you may never try to collect the debt from the debtor(s).  If you believe the debtor(s) is (are) not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Discharge of Debtor(s) *or* to Challenge Dischargeability of Certain Debts" listed on the front side.  The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor(s) is (are) permitted by law to keep certain property as exempt.  Exempt property will not be sold and distributed to creditors.  The debtor(s) must file a list of all property claimed as exempt.  You may inspect that list at the bankruptcy clerk's office.  If you believe an exemption claimed by the debtor(s) is not authorized by law, you may file an objection to that exemption.  The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side.  You may inspect all papers filed, including the list of the debtor's(s') property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  You may also review them online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). |
| Foreign Creditors | Consult an attorney familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  You may want to consult an attorney to protect your rights. |
| **Debtor Identification** | **Important notice to individual debtors:  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.  Failure to do so may result in the dismissal of your case.** |

–– Refer to Other Side for Important Deadlines and Notices ––